# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **JOHN BRANTLEY,** | : | |
| Movant, | : | |
| v. | : | Criminal No. 3:19-CR-9-CAR-CHW |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation to dismiss ground one and deny ground two of Movant John Brantley's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Movant has not objected to the Recommendation, and the time in which to do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Report and Recommendation [Doc. 81] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. As set forth in the Report and Recommendation, because Movant's request for credit for time served is not cognizable in a section 2255 motion, Ground One of

1

Movant's petition is DISMISSED; and because Movant cannot show ineffective assistance of counsel based upon the failure to ask for credit for time served, Ground Two of Movant's petition is **DENIED**.

**SO ORDERED,** this 4th day of May, 2022.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
